**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEIL SEBSO,<br><br>                Plaintiff,<br><br>v.<br><br>BERGEN COUNTY PROSECUTOR'S OFFICE, *et al.*,<br><br>                Defendants. | Civil Action No. 21-3048 (SDW) (AME)<br><br>**ORDER**<br><br>October 14, 2021 |

    **THIS MATTER** having come before this Court upon Bergen County Prosecutor's Office, Rockland County, and Rockland County District Attorney's Office's (collectively, "Defendants") Motions to Dismiss Plaintiff Neil Sebso's ("Plaintiff") Complaint, as well as Plaintiff's Cross-Motion for Leave to Amend the Complaint and to Transfer this case to the United States District Court for the Southern District of New York, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated October 14, 2021,

    **IT IS** on this 14th day of October 2021,

    **ORDERED** that Defendants' Motions to Dismiss are **GRANTED**,

    **ORDERED** that Plaintiff's Cross-Motion for Leave to Amend the Complaint and to Transfer is **DENIED**,

    **ORDERED** that Plaintiff's Complaint is **DISMISSED**, and

    **ORDERED** that Plaintiff's claims against the Bergen County Prosecutor's Office are **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

2

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
         André M. Espinosa, U.S.M.J.